**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division**

| | |
|---|---|
| Daniel James Carroll, | Case No. 24-11836-AMC |
| | Chapter 7 |
| *Debtor*. | |

**Notice of Appearance and Request for Notices**

To the Clerk of Court:

Please enter my appearance on behalf of Creditor Todd Joseph pursuant to

Fed. R. Bankr. P. 2002. I request that all notices and papers given or served in this

case be sent to me through the CM/ECF system, or at the address below. Thank you.


Date: July 5, 2024

CIBIK LAW, P.C.
*Attorney for Creditor Todd Joseph*

By:

Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com