IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| DANIEL JAMES CARROLL | : BANKRUPTCY NO. 24-11836(AMC) |
| a/k/a DANIEL J. CARROLL | : |
| a/k/a DANIEL CARROLL | : |
| a/k/a DAN CARROLL | : |
| | : |
| Debtor | : |
| | : |

## ORDER

**AND NOW**, upon consideration of the Application of Robert W. Seitzer, Chapter 7 Trustee, to Employ Karalis PC as Counsel, IT IS HEREBY

**ORDERED**, that Karalis PC is appointed as counsel to the Trustee. Compensation shall be allowed only after approval of an Application in procedural conformity with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

Dated: July 8, 2024

_____
ASHELY M. CHAN,
U.S. BANKRUPTCY JUDGE