IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| | : | |
| DANIEL JAMES CARROLL | : | BANKRUPTCY NO. 24-11836(AMC) |
| a/k/a DANIEL J. CARROLL | : | |
| a/k/a DANIEL CARROLL | : | |
| a/k/a DAN CARROLL | : | |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Application of Robert W. Seitzer, Chapter 7 Trustee (the "Trustee"), to Employ PAX Legal, LLC ("PAX") as Special Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed. R. Bankr. P. 2014 (the "Application"), and good cause having been shown; it is hereby

**ORDERED,** that the Application is **APPROVED**; it is further

**ORDERED,** that PAX is employed as special counsel; and it is further

**ORDERED,** that all of PAX's fees and expenses, including requests for reimbursement for experts retained by PAX, are subject to review under 11 U.S.C. § 330 and applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and such other procedures as may be fixed by order of the Court.

BY THE COURT:

Dated: July 8, 2024

_____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE