**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

-------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Daniel James Carroll, | : | Case No. 24-11836-AMC |
| Debtor(s). | : | |
| | : | |

-------------------------------X

# NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Daniel D. Haggerty of Kang Haggerty, LLC, hereby enters an appearance in the above-captioned case as counsel to Dalin Funding, LP pursuant to Federal Rules of Bankruptcy Procedure 9010(b).

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that all notices and pleadings, of whatever nature, given or required to be given in this case and all papers served or required to be served in this case, including, but not limited to, all papers filed and served for any motion or adversary proceeding, all notices mailed to statutory committees or authorized agents, and to creditors and equity security holders who file with the Bankruptcy Court a request that all notices be mailed to them, be given to and served upon the undersigned at the address set forth below. E-mail addresses are included, and notice by e-mail is affirmatively acknowledged as being acceptable:

> Daniel D. Haggerty, Esquire
> Kang Haggerty LLC
> 123 S. Broad Street, Suite 1950
> Philadelphia, PA 19109
> TELEPHONE: (215)525-5850
> EMAIL: dhaggerty@kanghaggerty.com
> filings@kanghaggerty.com

3624723.1

Respectfully submitted,

KANG HAGGERTY LLC

*/s/ Daniel D. Haggerty*
Daniel D. Haggerty, Esquire
123 S. Broad St, Suite 1950
Philadelphia, PA 19109
P: (215)525-5850
F: (215)525-5860
dhaggerty@kanghaggerty.com

3624723.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Daniel James Carroll, | : | Case No. 24-11836-AMC |
| Debtor(s). | : | |
| | : | |

------------------------------X

### CERTIFICATE OF SERVICE

I, Daniel D. Haggerty, hereby certify that on July 10, 2023, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Notice and Service of Papers to be served on all counsel of record via electronic filing notification:

*/s/ Daniel D. Haggerty*
Daniel D. Haggerty

Dated: July 10, 2023

3624723.1