United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 24-11836-amc

Daniel James Carroll                                                               Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel James Carroll, 349 Croton Road, Wayne, PA 19087-2048 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN T. NEWMAN | on behalf of JOHN JANKOWSKI brian@rogerscastor.com |
| LOUIS I. LIPSKY | on behalf of Legacy Capital Wealth Fund  LLC LLipsky@lipskybrandt.com, afaino@lipskybrandt.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Joseph Spina michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of Creditor FB Wesleyan  LLC michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Jack McDavid michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com |

District/off: 0313-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Jul 09, 2024                                 Form ID: pdf900                               Total Noticed: 1

MICHAEL I. ASSAD

on behalf of Creditor Todd Joseph help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

RACHEL I. FREEDMAN

on behalf of Legacy Capital Wealth Fund  LLC rfreedman@lipskybrandt.com, snita@lipskybrandt.com

ROBERT W. SEITZER

rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com

ROBERT W. SEITZER

on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR

on behalf of Debtor Daniel James Carroll schroeder@jrlaw.org  Healey@jrlaw.org


TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **CHAPTER 7** |
| | : | |
| **DANIEL JAMES CARROLL** | : | **BANKRUPTCY NO. 24-11836(AMC)** |
| a/k/a **DANIEL J. CARROLL** | : | |
| a/k/a **DANIEL CARROLL** | : | |
| a/k/a **DAN CARROLL** | : | |
| | : | |
| Debtor | : | |
| | : | |

### ORDER

**AND NOW**, upon consideration of the Application of Robert W. Seitzer, Chapter 7 Trustee, to Employ Karalis PC as Counsel, IT IS HEREBY

**ORDERED**, that Karalis PC is appointed as counsel to the Trustee.  Compensation shall be allowed only after approval of an Application in procedural conformity with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 833 (3rd Cir. 1994).

**BY THE COURT**:

Dated: _____
July 8, 2024

_____
ASHELY M. CHAN,
U.S. BANKRUPTCY JUDGE