IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| DANIEL JAMES CARROLL | BANKRUPTCY NO. 24-11836(AMC) |
| a/k/a DANIEL J. CARROLL | |
| a/k/a DANIEL CARROLL | |
| a/k/a DAN CARROLL | |
| Debtor | |

## ORDER

AND NOW, upon consideration of the Application of Robert W. Seitzer, Chapter 7 Trustee (the "Trustee"), to Employ PAX Legal, LLC ("PAX") as Special Counsel in Connection to Litigation against FB Wesleyan LLC, *et al.* Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed. R. Bankr. P. 2014 (the "Application"), and good cause having been shown; it is hereby

**ORDERED,** that the Application is **APPROVED**; it is further

**ORDERED,** that PAX is employed as special counsel for the purposes described in the Application; and it is further

**ORDERED,** that all of PAX's fees and expenses, including requests for reimbursement for experts retained by PAX, are subject to review under 11 U.S.C. § 330 and applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and such other procedures as may be fixed by order of the Court.

**BY THE COURT:**

Dated: _____      _____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE