IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| DANIEL JAMES CARROLL | : | BANKRUPTCY NO. 24-11836(AMC) |
| a/k/a DANIEL J. CARROLL | : | |
| a/k/a DANIEL CARROLL | : | |
| a/k/a DAN CARROLL | : | |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire hereby certify that on the 19th day of July, 2024 I directed to be served a copy of the Application of Robert W. Seitzer, Chapter 7 Trustee, to Employ PAX Legal, LLC as Special Counsel in Connection to Litigation against FB Wesleyan LLC, *et al.* Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed. R. Bankr. P. 2014 and Notice of Application and Response Deadline upon the parties on the attached list in the manner indicated thereon.

                                        CHAPTER 7 TRUSTEE FOR THE ESTATE OF
                                        DANIEL JAMES CARROLL

                                        By:  /s/ Robert W. Seitzer
                                              Robert W. Seitzer

                                              *Chapter 7 Trustee*

Dated: July 19, 2024

**VIA ECF TRANSMISSION**

Kacie Cartwright, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

William D. Schroeder, Jr., Esquire
920 Lenmar Drive
Blue Bell, PA 19422

Michael I. Assad, Esquire
Cibik Law, P.C.
1500 Walnut St
Ste 900
Philadelphia, PA 19102

Rachel I. Freedman, Esquire
Lipsky and Brandt
1101 Market Street
Suite 2820
Philadelphia, PA 19107

Daniel D. Haggerty, Esquire
Kang Haggerty LLC
123 S. Broad Street
Suite 1950
Philadelphia, PA 19109

Louis I. Lipsky, Esquire
Lipsky & Brandt
1101 Market Street
Suite 2820
Philadelphia, PA 19107

Brian T. Newman, Esquire
Rogers Castor
26 East Athens Avenue
Ardmore, PA 19003

Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

**VIA E-MAIL**

Lida L. Bonner, Esquire
PAX Legal, LLC
600 West Germantown Avenue, Suite # 400
Plymouth Meeting, PA 19462
lida@paxlegalllc.com