IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| DANIEL JAMES CARROLL<br>a/k/a DANIEL J. CARROLL<br>a/k/a DANIEL CARROLL<br>a/k/a DAN CARROLL | BANKRUPTCY NO. 24-11836(AMC) |
| Debtor | |

**CERTIFICATION OF NO ANSWER, OBJECTION
OR OTHER RESPONSIVE PLEADING TO
APPLICATION OF ROBERT W. SEITZER, CHAPTER 7 TRUSTEE,
TO EMPLOY PAX LEGAL, LLC AS SPECIAL COUNSEL IN CONNECTION TO
LITIGATION AGAINST FB WESLEYAN LLC, *ET AL.* PURSUANT
TO 11 U.S.C. §§ 327(e) AND 328(a) AND FED. R. BANKR. P. 2014**

TO:  THE HONORABLE ASHELY M. CHAN,
     Chief United States Bankruptcy Judge

I, Robert W. Seitzer, Esquire, Chaper 7 Trustee, hereby certify that on July 19, 2024 a copy of the Application of Robert W. Seitzer, Chapter 7 Trustee, to Employ PAX Legal, LLC as Special Counsel in Connection to Litigation against FB Wesleyan LLC, *et al.* Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed. R. Bankr. P. 2014 (the "Application") and Notice of Application and Response Deadline were served on the Office of the U.S. Trustee, Debtor's counsel, Bankruptcy Rule 2002 Parties and interested parties in the above-captioned proceeding.  No creditor or party in interest has served or filed any answer, objection or other responsive pleading to the Application and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

**WHEREFORE,** proposed counsel to the Trustee respectfully requests that the Application be approved.

                      **Respectfully submitted,**

                      **CHAPTER 7 TRUSTEE FOR THE ESTATE OF DANIEL JAMES CARROLL**

                      By:   /s/ Robert W. Seitzer
                            ROBERT W. SEITZER
                            1900 Spruce Street
                            Philadelphia, PA 19103
                            (215) 546-4500

Dated: July 29, 2024