# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 24-11836-amc |
| Daniel James Carroll, | Chapter 7 |
| *Debtor*. | |

## Withdrawal of Appearance

To the Clerk of Court:

Please withdraw my appearance as attorney for Creditor Todd Joseph. Thank you.

Date: July 30, 2024

_____
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Entry of Appearance

To the Clerk of Court:

Please enter my appearance as attorney for Creditor Todd Joseph. Thank you.

Date: July 30, 2024

_____
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com