United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11836-amc |
| Daniel James Carroll | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 06, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel James Carroll, 349 Croton Road, Wayne, PA 19087-2048 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN T. NEWMAN | on behalf of JOHN JANKOWSKI brian@rogerscastor.com |
| DANIEL D. HAGGERTY | on behalf of Creditor Dalin Funding  LP dhaggerty@kanghaggerty.com, jarcher@KHFLaw.com;filings@khflaw.com |
| LOUIS I. LIPSKY | on behalf of Legacy Capital Wealth Fund  LLC LLipsky@lipskybrandt.com, afaino@lipskybrandt.com |
| MICHAEL A. CIBIK | on behalf of Creditor Todd Joseph help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Joseph Spina michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 06, 2024 | Form ID: pdf900 | Total Noticed: 1 |

MICHAEL D. VAGNONI
on behalf of Creditor FB Wesleyan LLC michael.vagnoni@obermayer.com,
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

MICHAEL D. VAGNONI
on behalf of Creditor Jack McDavid michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

RACHEL I. FREEDMAN
on behalf of Legacy Capital Wealth Fund LLC rfreedman@lipskybrandt.com, snita@lipskybrandt.com

ROBERT W. SEITZER
rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com

ROBERT W. SEITZER
on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR
on behalf of Debtor Daniel James Carroll schroeder@jrlaw.org Healey@jrlaw.org

TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| DANIEL JAMES CARROLL | : BANKRUPTCY NO. 24-11836(AMC) |
| a/k/a DANIEL J. CARROLL | : |
| a/k/a DANIEL CARROLL | : |
| a/k/a DAN CARROLL | : |
| | : |
| Debtor | : |
| | : |

## ORDER

AND NOW, upon consideration of the Application of Robert W. Seitzer, Chapter 7 Trustee (the "Trustee"), to Employ PAX Legal, LLC ("PAX") as Special Counsel in Connection to Litigation against FB Wesleyan LLC, *et al.* Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed. R. Bankr. P. 2014 (the "Application"), and good cause having been shown; it is hereby

ORDERED, that the Application is APPROVED; it is further

ORDERED, that PAX is employed as special counsel for the purposes described in the Application; and it is further

ORDERED, that all of PAX's fees and expenses, including requests for reimbursement for experts retained by PAX, are subject to review under 11 U.S.C. § 330 and applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and such other procedures as may be fixed by order of the Court.

BY THE COURT:

Dated: August 6, 2024

ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE