# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| David James Carroll, | : | Case No. 24-11836-AMC |
| Debtor | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF COURT:

Please enter my appearance on behalf of Creditor, Street Road Partners, LLC, Series 3, pursuant to Federal Rule of Bankruptcy 9010(b). I request that all notices and papers given or served in this matter be sent to me via the CM/ECF system or at the address set forth below.

**GREEN, SILVERSTEIN & GROFF, LLC**

/s/Joseph B. Silverstein
Joseph B. Silverstein, Esquire
215 S. Broad Street, Suite 500
Philadelphia, PA 19107
P: (215) 972-5520
F: (215) 972-5544
jsilverstein@gsglawfirm.com

Attorney for Creditor, Street Road Partners LLC

Dated: August 9, 2024

## CERTIFICATE OF SERVICE

      I, Joseph B. Silverstein, do hereby certify that on this date, a true and correct copy of the foregoing Entry of Appearance was served was served via electronic filing on all counsel of record.

                /s/Joseph B. Silverstein
                Joseph B. Silverstein

Dated: August 9, 2024