United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11836-amc |
| Daniel James Carroll | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 13, 2024 | Form ID: 318 | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel James Carroll, 349 Croton Road, Wayne, PA 19087-2048 |
| 14892429 | + | 1912 Club, c/o Caroline McCusker, 888 Plymouth Road, Plymouth Meeting, PA 19462-2526 |
| 14892430 | + | American Arbitration Association, Southeast Case Management Center, 2200 Century parkway, Suite 300, Atlanta, GA 30345-3126 |
| 14915161 | + | Andrew K Fabian, Andrew Fabian Law, 255 W Uwchlan Ave, Downingtown, PA 19335-3361 |
| 14892432 | + | Beth Weisser, 980 Jolly Road, Suite 110, Blue Bell, PA 19422-1957 |
| 14892433 | + | Bill Nicholson, 3018 Walker Lane, Norristown, PA 19403-1127 |
| 14892434 | + | Blue Water Investments, LLC, 35179 Seaport Loop, Lewes, DE 19958-2752 |
| 14923698 | + | Bluevine Inc., C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 14911496 | + | Craig S. Bach, 2405 Marshall Drive, Quakertown, PA 18951-2696 |
| 14892438 | + | Crowcopia, LLC, 42 East Baltimore Ave., Lansdowne, PA 19050-2236 |
| 14922683 | + | Crowdcopia LLC, 42 East Baltimore Avenue, Lansdowne, PA 19050-2236 |
| 14892444 | + | DHM Law Group, 1405 Stone Ridge Road, Sinking Spring, PA 19608-9534 |
| 14892439 | | Dalin Funding LP, 1801 N. American Street, Suite 2A, Philadelphia, PA 19122 |
| 14892440 | + | Daniel Haggerty, 123 S. Broad Street, Suite 1670, Philadelphia, PA 19109-1003 |
| 14892441 | + | David H. McLain, Attorney at Law, 1405 Stone Ridge Road, Reading, PA 19608-9534 |
| 14892442 | + | David P Hathaway, Attorney, 420 South Orange Ave, Suite 700, Orlando, FL 32801-4911 |
| 14892443 | + | David Sochin, 14 Foxcroft Way, Mount Laurel, NJ 08054-5732 |
| 14897372 | + | FB Wesleyan, LLC, c/o Michael D. Vagnoni, Esquire, Centre Square West, Suite 3400, 1500 Market Street, Philadelphia, PA 19102-2100 |
| 14892446 | + | FB Wesleyan, LLC, c/o Justin Kirk, 1500 JFK Blvd., Suite 630, Philadelphia, PA 19102-1723 |
| 14916269 | + | Faith Roberts, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 14899334 | + | Francis J. Lamb, 91 May Landing Rd., Somers Point, NJ 08244-1111 |
| 14892447 | | Frank Lamb, 21 Mays Landing Road, Somers Point, NJ 08244 |
| 14892448 | + | Greg Miller, 601 Foxcroft Ave, Elkins Park, PA 19027-1506 |
| 14892449 | + | Hill Wallack, LLP, 1000 Floral Vale Blvd, Suite 300, attn: Michael Shavel, attorney, Morrisville, PA 19067-5569 |
| 14897375 | + | Jack McDavid, c/o Michael D. Vagnoni, Esquire, Centre Square West, Suite 3400, 1500 Market Street, Philadelphia, PA 19102-2100 |
| 14892451 | + | Jennifer Popelack, Attorney at Law, 100 N. Independence Mall West, Suite 5A NW, Philadelphia, PA 19106-1559 |
| 14892452 | + | John Jankowski, 461 Hildebeitel Road, Collegeville, PA 19426-1127 |
| 14892453 | + | Joseph B. Silverstein, 215 S. Broad St., Philadelphia, PA 19107-5325 |
| 14897373 | + | Joseph Spina, c/o Michael D. Vagnoni, Esquire, Centre Square West, Suite 3400, 1500 Market Street, Philadelphia, PA 19102-2100 |
| 14900010 | + | Legacy Capital Wealth Fund, LLC, 45 E City Avenue, #372, Bala Cynwyd, PA 19004-2421 |
| 14892454 | + | Legacy Financial, 45 E City Ave suite 372, Bala Cynwyd, PA 19004-2421 |
| 14892455 | + | Matt Fabrizio, 147 Exeter Rd, Devon, PA 19333-1638 |
| 14892456 | + | Meenan Oil, PO Box 580, Levittown, PA 19058-0580 |
| 14892460 | + | PATLive, Accounts Recievable, 18117 Biscayne Blvd., #2635, North Miami Beach, FL 33160-2535 |
| 14892462 | + | Penn Community Bank, 219 S. 9th Street, Perkasie, PA 18944-1325 |
| 14892464 | + | Precis Enginnering +Architect, 201 S. Maple Ave., Suite 200, Ambler, PA 19002-5535 |
| 14892465 | + | Rogers Counsel, 26 E. Athens Ave, Ardmore, PA 19003-2140 |
| 14892466 | #+ | Sarah Cadman, Cadman Business Assoc, 200 N. 16th St., Unit 515, Philadelphia, PA 19102-1218 |
| 14892467 | #+ | Sequel Investments, 250 Sheets Lane, Middletown, DE 19709-9266 |
| 14892469 | + | Spina & Company, PLLC, 2220 Fairmont Avenue, Philadelphia, PA 19130-2617 |
| 14892470 | + | Street Road Partners LLC, Series 3, 416 E. Street Road, Feasterville Trevose, PA 19053-7768 |
| 14892471 | + | Stuart Oram, 794 MCKENDIMEN ROAD, Vincentown, NJ 08088-8628 |
| 14892472 | + | Sue May, 1597 Ulster Lane, West Chester, PA 19380-6845 |
| 14892473 | + | The Law Offices of Jon Taylor, 1617 JFK Blvd., Suite 1888, Philadelphia, PA 19103-1817 |
| 14892474 | #+ | Todd Joseph, 713 Broad Acres Road, Narberth, PA 19072-1512 |

Case 24-11836-amc   Doc 37   Filed 09/15/24   Entered 09/16/24 00:33:39   Desc Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 13, 2024 | Form ID: 318 | Total Noticed: 63 |

| | | |
|---|---|---|
| 14892475 | + | VWA Advisors LLC, attn: Michael Zaslaz, 45 Broadway, Suite 3120, New York, NY 10006-3704 |
| 14895439 | + | VWA Advisors, LLC, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 13 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14892431 | + | Email/Text: BNCnotices@bblawpllc.com | Sep 13 2024 23:53:00 | ARIEL BOUSKILA, 1545 US 202, Suite 101, Pomona, NY 10970-2951 |
| 14895438 | + | Email/Text: BNCnotices@bblawpllc.com | Sep 13 2024 23:53:00 | Ariel Bouskila, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |
| 14920002 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 23:53:55 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14892435 | | EDI: CAPITALONE.COM | Sep 14 2024 03:53:00 | Capital One, Bankruptcy Claims, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14892436 | + | EDI: CAPONEAUTO.COM | Sep 14 2024 03:53:00 | Capital One Auto Finance (CODB), attn: Bankruptcy Dept, 7933 Preston Road, Plano, TX 75024-2302 |
| 14904221 | + | EDI: AIS.COM | Sep 14 2024 03:53:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14892437 | | Email/Text: megan.harper@phila.gov | Sep 13 2024 23:53:00 | City of Philadelphia Dept. of Revenue, P.O. Box 1630, Philadelphia, PA 19105-1630 |
| 14892450 | | EDI: IRS.COM | Sep 14 2024 03:53:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14892458 | + | Email/Text: Unger@Members1st.org | Sep 13 2024 23:53:00 | Members 1st Fcu, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14892459 | + | Email/Text: Unger@Members1st.org | Sep 13 2024 23:53:00 | Members 1st Federal Credit Union, attn: Bankruptcy Dept, 5000 Market Place Way, Enola, PA 17025-2431 |
| 14892461 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 13 2024 23:53:00 | PECO, Bankruptcy Group, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14892463 | | EDI: PENNDEPTREV | Sep 14 2024 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14892463 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14892468 | | Email/Text: PDELINQ@sba.gov | Sep 13 2024 23:53:00 | Small Business Adminstration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 14916270 | + | Email/Text: PDELINQ@sba.gov | Sep 13 2024 23:53:00 | U.S. Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 14911839 | + | EDI: AIS.COM | Sep 14 2024 03:53:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2     User: admin     Page 3 of 4
Date Rcvd: Sep 13, 2024     Form ID: 318     Total Noticed: 63

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14892445 | | Eric Carroll |
| 14892457 | | Megan Broomall, Attorney |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN T. NEWMAN | on behalf of JOHN JANKOWSKI brian@rogerscastor.com |
| DANIEL MUKLEWICZ | on behalf of Plaintiff Street Road Partners LLC  Series 3 dmuklewicz@avallonelaw.com |
| DANIEL D. HAGGERTY | on behalf of Creditor Dalin Funding  LP dhaggerty@kanghaggerty.com, jarcher@KHFLaw.com;filings@khflaw.com |
| Joseph B SILVERSTEIN | on behalf of Creditor Street Road Partners  LLC, Series 3 jsilverstein@gsglawfirm.com |
| Joseph B SILVERSTEIN | on behalf of Plaintiff Street Road Partners LLC  Series 3 jsilverstein@gsglawfirm.com |
| LOUIS I. LIPSKY | on behalf of Legacy Capital Wealth Fund  LLC LLipsky@lipskybrandt.com, afaino@lipskybrandt.com |
| MICHAEL A. CIBIK | on behalf of Creditor Todd Joseph help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL D. VAGNONI | on behalf of Creditor FB Wesleyan  LLC michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Jack McDavid michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Joseph Spina michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com |
| RACHEL I. FREEDMAN | on behalf of Legacy Capital Wealth Fund  LLC rfreedman@lipskybrandt.com, snita@lipskybrandt.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2     User: admin     Page 4 of 4
Date Rcvd: Sep 13, 2024     Form ID: 318     Total Noticed: 63

WILLIAM D. SCHROEDER, JR
    on behalf of Debtor Daniel James Carroll schroeder@jrlaw.org Healey@jrlaw.org

WILLIAM D. SCHROEDER, JR
    on behalf of Defendant Daniel Carroll schroeder@jrlaw.org Healey@jrlaw.org

TOTAL: 16

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Daniel James Carroll<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8459<br>EIN   \_ \_ – \_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_ – \_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 24–11836–amc | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daniel James Carroll
aka Daniel J. Carroll, aka Daniel Carroll, aka Dan Carroll

9/12/24

**By the court:**   Ashely M. Chan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**