# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 24-11836-AMC |
| DANIEL CARROLL : | |
| : | |
| : | |
| | |
| STREET ROAD PARTNERS LLC, : | |
| SERIES 3 : | |
| : | ADVERSARY NO. 24-00113-AMC |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| DANIEL CARROLL, : | |
| : | |
| Defendant. : | |

## PLAINTIFF STREET ROAD PARTNERS, LLC SERES 3, MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON <u>WHICH RELIEF CAN BE GRANTED</u>

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable in bankruptcy proceedings by Federal Rule of Bankruptcy Procedure 7012(b), Plaintiff, Street Road Partners LLC, Series 3 ("Street Road"), by and through its undersigned counsel, hereby respectfully submits this Motion to Dismiss the Counterclaim of Defendant, Daniel Carroll. In support of the Motion, Plaintiff relies on the accompanying Memorandum of Law and exhibits thereto.

    Respectfully submitted,

    **GREEN, SILVERSTEIN, & GROFF, LLC**

    By:<u>/s/Joseph B. Silverstein</u>
        Joseph B. Silverstein, Esquire
        Daniel P. Muklewicz, Esquire

                                      Attorney for Creditor/Plaintiff  
                                      215 S. Broad Street, 5th Floor  
                                      Philadelphia, PA 19107  
                                      (215) 972-5520  
                                      jsilverstein@gsglawfirm.com  
                                      dmuklewicz@gsglawfirm.com

Date: November 27, 2024