# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 24-11836-AMC |
| DANIEL CARROLL : | |
| : | |
| : | |
| _____ | |
| | |
| STREET ROAD PARTNERS LLC, : | |
| SERIES 3 : | |
| : | ADVERSARY NO. 24-00113-AMC |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| DANIEL CARROLL, : | |
| : | |
| Defendant. : | |

## ORDER

AND NOW, this ____ day of _____, 2024, upon consideration of Plaintiff, Street Road Partners LLC, Series 3's Motion to Dismiss Defendant's Counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(6) and any response thereto, it is hereby ORDERED and DECREED that said motion is GRANTED.

IT IS FURTHER ORDERED that Defendant's Counterclaim is DISMISSED.

BY THE COURT:

_____
Ashely M. Chan, Chief U.S.B.J