IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br><br>DANIEL CARROLL | : : : : : : | CHAPTER 7<br><br>Case No. 24-11836-AMC |
| STREET ROAD PARTNERS LLC, SERIES 3<br><br>   Plaintiff,<br><br>   v.<br><br>DANIEL CARROLL,<br><br>   Defendant. | : : : : : : : : : : | ADVERSARY NO. 24-00113-AMC |

## CERTIFICATE OF SERVICE

I, Joseph B. Silverstein, do hereby certify that on this date, a true and correct copy of the foregoing Motion to Dismiss, Memorandum of Law in support thereof and Proposed Order were served was served via electronic filing on all counsel of record via e-filing and via regular mail upon Daniel Carroll.

/s/Joseph B. Silverstein
Joseph B. Silverstein

Dated: November 27, 2024