**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 24-11836-AMC |
| DANIEL CARROLL | : | |
| | : | |
| | : | |
| _____ | | |
| STREET ROAD PARTNERS LLC, | : | |
| SERIES 3 | : | |
| | : | ADVERSARY NO. 24-00113-AMC |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DANIEL CARROLL, | : | |
| | : | |
| Defendant. | : | |

**WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Daniel P. Muklewicz, Esquire as counsel for

Plaintiff Street Road Partners, LLC in the above captioned case.

By:  */s/ Daniel P. Muklewicz*
Daniel P. Muklewicz, Esquire

Dated: February 27, 2025

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the below date, I served a copy of the *Withdrawal of Appearance*

on behalf of Street Road Partners LLC via electronic filing on the following:

> Daniel Carroll
> 349 Croton Road
> Wayne, PA  19087
>
> William D. Schroeder, Jr., Esquire
> 920 Lenmar Drive
> Blue Bell, PA  19422

> */s/ Daniel P. Muklewicz*
> Daniel P. Muklewicz

Dated: February 27, 2025