# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **DANIEL JAMES CARROLL** | : | **BANKRUPTCY NO. 24-11836(AMC)** |
| a/k/a **DANIEL J. CARROLL** | : | |
| a/k/a **DANIEL CARROLL** | : | |
| a/k/a **DAN CARROLL** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

## NOTICE OF CHANGE FROM ASSET TO NO ASSET

**TO THE CLERK:**

    Robert W. Seitzer, Chapter 7 Trustee, hereby notifies the Clerk that this case is to be reclassified as a No-Asset case. The Trustee believes that there are no assets to make a meaningful distribution to unsecured creditors in this bankruptcy proceeding. Accordingly, this is to be changed to a no-asset case.

Dated: December 29, 2025            /s/ Robert W. Seitzer, Esquire
                                                     Chapter 7 Trustee
                                                       1900 Spruce Street
                                                       Philadelphia, PA 19103
                                                       (215) 546-4500