United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 24-11836-amc
Daniel James Carroll                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 30, 2025 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Daniel James Carroll, 349 Croton Road, Wayne, PA 19087-2048 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2026        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN T. NEWMAN | on behalf of JOHN JANKOWSKI brian@rogerscastor.com |
| DANIEL MUKLEWICZ | on behalf of Creditor Street Road Partners LLC, Series 3 dmuklewicz@avallonelaw.com |
| DANIEL D. HAGGERTY | on behalf of Creditor Dalin Funding LP dhaggerty@kanghaggerty.com, jarcher@KHFLaw.com;filings@khflaw.com |
| Joseph B SILVERSTEIN | on behalf of Creditor Street Road Partners LLC, Series 3 jsilverstein@gsglawfirm.com |
| Joseph B SILVERSTEIN | on behalf of Plaintiff Street Road Partners LLC Series 3 jsilverstein@gsglawfirm.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 30, 2025 | Form ID: 195 | Total Noticed: 1 |

LOUIS I. LIPSKY
    on behalf of Legacy Capital Wealth Fund  LLC LLipsky@lipskybrandt.com, afaino@lipskybrandt.com

MICHAEL A. CIBIK
    on behalf of Creditor Todd Joseph help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL D. VAGNONI
    on behalf of Creditor Joseph Spina michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;samantha.catullo@obermayer.com

MICHAEL D. VAGNONI
    on behalf of Creditor FB Wesleyan  LLC michael.vagnoni@obermayer.com,
    Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;samantha.catullo@obermayer.com

MICHAEL D. VAGNONI
    on behalf of Creditor Jack McDavid michael.vagnoni@obermayer.com
    Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;samantha.catullo@obermayer.com

RACHEL I. FREEDMAN
    on behalf of Legacy Capital Wealth Fund  LLC rfreedman@lipskybrandt.com, snita@lipskybrandt.com

ROBERT W. SEITZER
    rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com

ROBERT W. SEITZER
    on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR
    on behalf of Defendant Daniel Carroll Schroeder@jrlaw.org  Healey@jrlaw.org;Ann@jrlaw.org

WILLIAM D. SCHROEDER, JR
    on behalf of Debtor Daniel James Carroll Schroeder@jrlaw.org  Healey@jrlaw.org;Ann@jrlaw.org

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Daniel James Carroll  : Case No. 24−11836−amc
    Debtor(s)

## *ORDER*
_____

AND NOW, this day , December 30, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

42
Form 195